FILED
U.S. DISTRICT COURT

2013 MAY 20  P 1:54

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$84,974.00 in U.S. Currency,<br><br>Defendant. | WARRANT AND SUMMONS FOR ARREST OF ARTICLES *IN REM*<br><br>Case: 2:13-cv-00358<br>Assigned To : Waddoups, Clark<br>Assign. Date : 5/20/2013<br>Description: USA v. $84,974 |

To the United States Marshal of the District of Utah and/or Any Other Duly Authorized Law Enforcement Officer:

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of Utah on May 20, 2013, alleging that the Defendant property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6); and

WHEREAS, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i), the Clerk of the Court is authorized to issue a warrant for arrest of articles *In Rem* if the property is in the possession, custody, or control of the government;

YOU ARE THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant property identified as:

- $84,974.00 in U.S. Currency

and use discretion and whatever means appropriate to protect and maintain said Defendant property, and detain it in your custody or in the custody of an authorized agency until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED this 20th day of May, 2013.

                                                D. MARK JONES
                                                Clerk of the Court

                                                By: _____
                                                DEPUTY CLERK